UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

THERESA DUSCH,
    Plaintiff,

vs.                              CASE NO.: 5:10-CV-06136-FJG

FARMERS INSURANCE COMPANY, INC.,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
ERIK ANDREW MYHILL,
    Defendants.

## STIPULATION OF DISMISSAL

This is to advise the Court that this case has been settled and it is agreed by the parties that Plaintiff's Petition for Damages asserted against defendants State Farm Mutual Automobile Insurance Company and Erik Andrew Myhill may be dismissed with prejudice, with each party to bear their own costs.

                                      HARRIS McCAUSLAND, P.C.

                                      /s/ Mark D. Chuning
                                    Michael E. McCausland    #29950
                                    Mark D. Chuning          #43685
                                    9233 Ward Parkway, Suite 270
                                    Kansas City, Missouri 64114
                                    (816) 523-3000/FAX (816) 523-1588
                                    mchuning@harrismccausland.com
                                    COUNSEL FOR DEFENDANTS
                                    STATE FARM MUTUAL AUTOMOBILE
                                    INSURANCE COMPANY AND
                                    ERIK ANDREW MYHILL

                                      /s/ Andrea McNairy
                                    Andrea D. McNairy, Esq.
                                    Brown and Crouppen, PC
                                    211 N. Broadway, Ste. 1600
                                    St. Louis, MO 63102
                                    (314) 561-6319/ (FAX) (314) 421-0359
                                    amcnairy@brownandcrouppen.com
                                    COUNSEL FOR PLAINTIFF